UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| James Michael Veal |
| Plaintiff |
| |
| v. |
| |
| Portfolio Recovery Inc. et |
| Defendants |

14-cv-12967-WGY

## DEFENDANT LUSTIG, GLASER & WILSON, P.C., KENNETH WILSON AND DEAN A. HEINOLD'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO F.R.C.P. 12(B)(6)

NOW COMES the above named Lustig, Glaser & Wilson P.C., Kenneth Wilson and Dean A. Heinold (collectively referred to as "DEFENDANTS") in the above entitled action, and respectfully moves this Honorable Court to dismiss the Plaintiff's complaint pursuant to F.R.C.P. rule 12(b)(6). As grounds for this motion, LGW submits that Plaintiff's Complaint fails to state any claims upon which relief can be granted. As such, the complaint must be dismissed.

In further support of this motion, Defendants rely upon the Plaintiff's complaint; 16 USC 1581 et al; and the memorandum of law that is submitted herewith.

Wherefore, for the reasons stated herein and in the accompanying memorandum of law, DEFENDANTS respectfully request that this Honorable Court dismiss the Plaintiff's complaint in its entirety with prejudice.

## REQUEST FOR DECISION ON ORAL ARGUMENT

Pursuant to Local Rule 7.1, LGW respectfully requests that Oral argument be scheduled for a date most convenient for the Court.

## CERTIFICATION PURSUANT TO RULE 7.1(A)(2)

Counsel for Defendant certifies that he has attempted to reach Plaintiff via letter in a good faith attempt to resolve or narrow the issues.

Respectfully Submitted,
Lustig, Glaser & Wilson P.C.

Defendants, by its attorney

/s/ Brian F. Hogencamp
Brian F. Hogencamp, BBO#674518
Lustig, Glaser & Wilson P.C.
PO Box 549287
Waltham, MA 02492
(781) 514-1524
bhogencamp@lgw.com

## Certificate of Service

I, Brian F Hogencamp, hereby affirm that this document filed by ECF will be sent electronically to the participants as identified on the Notice of Electronic Filing (NEF) and that paper copies were be sent to Plaintiff, James Veal, at 125 Entervale St, Dorchester, MA 02121on August 8, 2014.

/s/
Brian F. Hogencamp, Esq