# Lustig, Glaser & Wilson, P.C.   *Attorneys at Law*
P.O. Box 549287,   Waltham, MA 02454         Telephone (781) 449-3000         Facsimile (781) 449-6600

October 1, 2014

The Honorable William G. Young
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

Re:   Veal v Portfolio Recovery Inc., et al:  Docket number 1:14-cv-12967-WGY
      Request for dismissal pursuant to Local Rules 4.5(a) and/or 4.5(c)

Sent via ECF and regular mail

Dear Honorable Sir:

I represent Defendants Lustig, Glaser & Wilson P.C, Kenneth Wilson and Dean Heinold in the above referenced matter. As you know, Plaintiff initiated this matter by the filing of a complaint on June 27, 2014. As of the date of this letter Plaintiff has neither paid the requisite fee for the purchase of a summons, nor filed the appropriate motion to proceed in forma pauperis. In order to protect my client's interests, I have filed a motion to dismiss under FRCP 12b(6). However, I have been advised that no action will be taken on this case as the Plaintiff has not complied with the requirements of local rule 4.5 regarding the payment of fees. I respectfully request that the Court issue a deadline for the Plaintiff to either pay the requisite fee or make the appropriate motion to allow this matter to proceed. If Plaintiff fails to comply with the deadline set forth by the Court, I respectfully request that the matter be dismissed. I have sent a copy of this request to the Plaintiff by regular mail.

I appreciate the Court's time and consideration regarding this request.

Very truly yours,

Brian F Hogencamp, Esq
Attorney for Defendants, Heinold, Wilson, and Lustig, Glaser & Wilson P.C.,
Lustig, Glaser & Wilson P.C.
PO Box 549287
Waltham, MA 02451
(781) 514-1524 direct
bhogencamp@lgw.com

## Certificate of Service

I, Brian F Hogencamp, hereby affirm that this document filed by ECF will be sent electronically to the participants as identified on the Notice of Electronic Filing (NEF) and that paper copies were sent to Plaintiff at 125 Entervale St. Dorchester, MA 02121on October 1, 2014

/s/ Brian F. Hogencamp
Brian F. Hogencamp, BBO#674518