**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

James Michael Veal
          Plaintiff

V.

Portfolio Recovery Inc., et al.
          Defendant

CIVIL ACTION

NO. 14-12967-ADB

## ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Memorandum and Order dated 4/9/15 granting the motions to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                            By the Court,

4/10/15                             /s/ Karen Folan
Date                                 Deputy Clerk