UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JAMES VEAL

Plaintiff                      Civil Action No. 14-cv-12967-WGY

V.

Defendants

KENNETH WILSON

LUSTIG GLASER & WILSON P.C

DEAN A. HEINOLD

PORTFOLIO RECOVERY INC

PORTFOLIO RECOVERY ASSOCIATES, LLC

IC SYSTEM INC.

CREDIT ONE BANK

CAPITAL ONE

Defendants

## PLAINTIFF NOTICE OF APPEAL

Now comes the (PLAINTIFF) James Veal , and hereby gives notice that he is appealing the decision to dismiss my case entered by said this trial court on April 9, 2015 by judge Allison D. Burroughs Civil Action No. 14-cv-12967-WGY.

Dated April 16, 2015

James Veal    /S/ JAMES VEAL

125 Entervale Street

Dorchester, Ma 02121

jamesveal007@gmail.com

Andrew Schneiderman

Ranen S. Schechner

Hinshaw & Culbertson LLC
28 State Street
Boston, MA 02109
617-213-7000
aschneiderman@hinshawlaw.com

rschechner@hinshawlaw.com


Brain Hogencamp

Lustig Glaser & Wilson P.C

245 Winter Street #300

Waltham, MA 02451

bhogencamp@lgw.com

## CERTIFICATE OF SERVICE

I James Veal certify that on the 16nd day of April 2015 I mailed a copy to all attorneys of records in this case.

Respectfully Submitted
Dated: April 16, 2015

James Veal /S/ JAMES VEAL

125 Entervale Street

Dorchester, Ma 02121

jamesveal007@gmail.com

*Andrew Schneiderman*

Ranen S. Schechner

Hinshaw & Culbertson LLC
28 State Street
Boston, MA 02109
617-213-7000
aschneiderman@hinshawlaw.com

rschechner@hinshawlaw.com


Brain Hogencamp

Lustig Glaser & Wilson P.C

245 Winter Street #300

Waltham, MA 02451

bhogencamp@lgw.com