# United States Court of Appeals
## For the First Circuit

No. 15-1490

JAMES MICHAEL VEAL

Plaintiff - Appellant

v.

PORTFOLIO RECOVERY, INC.; PORTFOLIO RECOVERY ASSOCIATES, LLC;
KENNETH WILSON; LUSTIG, GLASER & WILSON, P.C.; DEAN A. HEINOLD

Defendants - Appellees

IC SYSTEM, INC.; CREDIT ONE BANK; CAPITOL ONE

Defendants

**ORDER OF COURT**

Entered: June 26, 2015
Pursuant to 1st Cir. R. 27.0(d)

    Treating appellant's financial affidavit as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court (Docket No. 1:14-cv-12967-ADB D. Mass) for action in the first instance. See Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:

/s/ Margaret Carter, Clerk

cc:
James Veal
Marissa Delinks
Ranen Schechner
Brian Hogencamp

Honorable Allison Dale Burroughs
Robert Farrell, Clerk, USDC-MABO